# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2640

_____

|  |  |  |
|---|---|---|
| Judie Hansen, doing business as Wild Wind Petting Zoo, also known as Wild Wind Kennel, also known as WildWind Enterprises, | * * * * * | |
| Petitioner, | * * | |
| v. | * * | Petition for Review of an Order of the Department of Agriculture. |
| United States Department of Agriculture, Acting through the Animal and Plant Health Inspection Service (APHIS), | * * * * | [Unpublished] |
| Respondent. | * * * | |

_____

Submitted: July 5, 2000
Filed: July 24, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Judie Hansen petitions for review of a final decision of the Secretary of the United States Department of Agriculture. Because we have no jurisdiction over the matter, we dismiss the petition.

On March 15, 1999, the Secretary denied Hansen's motion for reconsideration of a prior decision finding that she had committed various violations of the Animal Welfare Act and related regulations and standards, and assessing penalties. Hansen filed her petition for review in this court on June 22, 1999, well after the sixty-day time limit for filing such a petition. See 7 U.S.C. § 2149(c). This time limit is mandatory and jurisdictional, and therefore we lack jurisdiction to hear her untimely appeal. See United States Dep't of Agric. v. Kelly, 38 F.3d 999, 1003 (8th Cir. 1994) (timeliness of appeal from administrative order is jurisdictional requirement that cannot be modified or waived).

Accordingly, we dismiss Hansen's petition.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.